```
                    705380

UNITED STATES BANKRUPTCY COURT
  WESTERN DISTRICT OF VIRGINIA
        ROANOKE OFFICE

Received From:
CHARLIE JESSEE

ABINGDON              VA   24210-
================================================

  CASE NO.     PRICE    QTY    AMOUNT
 09-70733   $    0.00    1  $          0.34
   SMALL DIVID CH 7 < $5
   TERRY T DAVIS

================================================

                 | TOTAL:  | $      0.34 |

CASH:      CHECKS: √     MONEY ORDERS:

Clerk : S. JONES
Date  : 09/16/2010
```

Date: 09/15/10             DIVIDENDS REMITTED TO THE COURT            Page: 1

Case Number 09-70733 - DAVIS, TERRY TAYLOR

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Wythe County Treasurer<br>225 South 4th Street<br>Wytheville, VA 24382 | 000001A | 3.39 | 0.34 |
| ---------- Remittance Total -------------- | | 3.39 | 0.34 |

*[signature]*

CHARLIE JESSEE, TRUSTEE

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
SEP 1 6 2010
BY _____ DEPUTY CLERK